IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.

**Criminal No. 1:17cr25-HSO-RHW**
**Civil No. 1:19cv169-HSO**

**DORIS KELLEY**

## FINAL JUDGMENT OF DISMISSAL

BEFORE THE COURT is Defendant Doris Kelley's Motion [23] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255. For the reasons given in the Memorandum Opinion and Order denying Defendant's Motion [23] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of November, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE